# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WALLACE ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO: 13-cv-613 |
| ) | |
| VISIONTEK PRODUCTS, LLC ) | Honorable Andrea R. Wood |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT

Defendant, VisionTek Products, LLC, through its counsel, O'Hagan Meyer LLC, respectfully moves pursuant to Federal Rule of Civil Procedure 58(b)(1) for an Entry of Judgment. In support of this Motion, Defendant states as follows:

1. On September 28, 2015, Defendant filed a Motion for Summary Judgment along with supporting briefs pursuant to Rule 56. (See ECF Dkt. Nos. 77-79). Thereafter, Defendant's motion was fully briefed. (See ECF Dkt. Nos. 823-84, 90-91).

2. On March 17, 2017, this Court granted Summary Judgment in Defendant's favor. (ECF Dkt. No. 111). However, the Memorandum Opinion and Order along with an Entry of Judgment was never filed with the CM/ECF Civil Docket System.

3. A judgment must be set out in a separate document unless it falls within a limited and enumerated exception under Rule 58(a). Fed. R. Civ Proc. 58(a). Unless this Court orders otherwise, the clerk must promptly prepare, sign, and enter a judgment in a separate document when (1) the jury returns a general verdict; (2) the court awards only costs or a sum certain; or (3) the court denies all relief. Fed. R. Civ. Proc. 58(b).

4. In the present case, this Court denied all relief to Plaintiff when it granted

1

Defendant's Motion for Summary Judgment on March 31, 2017.

5. As such, Defendant respectfully requests this Court to file the Memorandum Opinion and Order and an Entry of Judgment on behalf of Defendant.

WHEREFORE, Defendant, VisionTek Products, LLC, respectfully requests that this honorable Court enter the following with the CM/ECF Civil Docket System: (1) the Memorandum Opinion and Order granting Summary Judgment against Plaintiff and in Defendant's favor; and (2) an Entry of Judgment on behalf of Defendant.

                                                 Respectfully Submitted,

                                      By:    /s/     Sean Rohan
                                                     Counsel for Visiontek Products, LLC

Kevin M. O'Hagan (#6211446)
Ryan T. Benson (#6312338)
Sean G. Rohan (#6310029)
O'HAGAN MEYER, LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Tel:    (312) 422-6100
Fax:    (312) 422-6110
kohagan@ohaganmeyer.com
rbenson@ohaganmeyer.com
srohan@ohaganmeyer.com

**CERTIFICATE OF SERVICE**

This is to certify that on this **29th day of June, 2017**, I electronically filed **DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT,** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**ATTORNEY FOR PLAINTIFF**
Matthew J. Egan
Eliot D. Hellman
Kelly Ann Kono
Pretzel & Stouffer, Chartered
One S. Wacker Dr., Ste. 2500
Chicago, IL 60606-4673
PH: 312.346.1973
FX: 312.346.8242
megan@pretzel-stouffer.com
ehellman@pretzel-stouffer.com

/s/ Sean G. Rohan
Kevin M. O'Hagan (#6211446)
Ryan T. Benson (#6312338)
Sean G. Rohan (#6310029)
O'HAGAN MEYER, LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
Tel: (312) 422-6100
Fax: (312) 422-6110
kohagan@ohaganmeyer.com
rbenson@ohaganmeyer.com
srohan@ohaganmeyer.com

ATTORNEY FOR DEFENDANT VISIONTEK PRODUCTS, LLC